# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **SPRING STREET PROPERTY, LLC** and **JOE HARRIS,** | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:21-cv-01147 |
| **GENERAL STAR INDEMNITY COMPANY,** | § § § § | |
| *Defendant.* | § § | |

## INDEX OF MATTERS BEING FILED

**1.**   Defendant's Notice of Removal ("Notice of Removal")

**2.**   Index of Matters Being Filed (attached as **Exhibit A**)

**3.**   All Executed Process (attached as **Exhibit B**)

| | |
|---|---|
| 07.17.2020 | Plaintiffs' Original Petition and Request for Disclosure |
| 07.22.2020 | Clerk's Certificate of Service by Certified Mail (General Star Indemnity Company) |
| 07.22.2020 | Clerk's Certificate of Service by Certified Mail (Dale Kuck) |
| 07.22.2020 | Citation (General Star Indemnity Company) |
| 08.24.2020 | Defendant General Star Indemnity Company's Original Answer and Affirmative Defenses to Plaintiff's Original Petition |
| 09.01.2020 | Citation and Return of Service (Dale Kuck) |
| 09.02.2020 | Docket Control Order |
| 09.18.2020 | Defendant's (Dale Kuck) Original Answer |
| 01.19.2021 | Plaintiffs' Request for Jury Trial and Motion to Strike the Non-Jury Trial Setting |
| 03.09.2021 | Defendant General Star Indemnity Company's Unopposed Motion to Dismiss Defendant Dale Kuck with Prejudice |
| 03.09.2021 | Order Granting Unopposed Motion to Dismiss Defendant Dale Kuck with Prejudice |

**4.**   Plaintiffs' Original Petition (attached as **Exhibit C**)

**5.**   Docket Sheet in State Court Action (attached as **Exhibit D**)

**6.**   List of Counsel of Record (attached as **Exhibit E**)