IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **SPRING STREET PROPERTY, LLC,** | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | **CIVIL ACTION NO. 4:21-cv-01147** |
| **GENERAL STAR INDEMNITY COMPANY,** | § § § § | |
| *Defendant.* | § § § | |

## NOTICE OF SETTLEMENT

Plaintiff Spring Street, LLC and Defendant General Star Indemnity Company (hereinafter collectively referred to as the "Parties") file this Notice of Settlement and state as follows:

The Parties have reached a settlement in principle for this matter. The Parties need time to finalize the settlement documents and will submit a Joint Motion to Dismiss with Prejudice all parties and the entire case within 60 days, contingent on completion of the settlement

          Respectfully submitted,

By:    */s/ Lindsey P. Bruning*
        Kristin C. Cummings
        Attorney-in-Charge
        Texas Bar No. 24049828
        Southern District Bar No. 719639
        kcummings@zelle.com

**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, Texas 75202-3975
Telephone:    214-742-3000
Facsimile:    214-760-8994

**ATTORNEY-IN-CHARGE FOR DEFENDANT GENERAL STAR INDEMNITY COMPANY**

OF COUNSEL:

Lindsey P. Bruning
Texas Bar No. 24064967
Southern District Bar No. 997691
lbruning@zelle.com
Han N. Kim
Texas Bar No. 24100926
Southern District Bar No. 3321437
hkim@zelle.com

**-AND-**

                By: _/s/   Alexander S. Taylor_
                    Alexander S. Taylor
                    State Bar No. 24098505
                    alex@hope-causey.com
                    John M. Causey
                    State Bar No. 04019100
                    hcdocket@hope-causey.com
                    **HOPE & CAUSEY, P.C.**
                    815 W. Davis Street, Suite 300
                    Conroe, Texas 77301
                    Telephone:    (936) 441-4673
                    Facsimile:    (936) 441-4674

                    **ATTORNEYS FOR PLAINTIFF**

4846-7608-9062v1