United States District Court     Southern District of Texas

United States District Court
Southern District of Texas
**ENTERED**
April 20, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Spring Street Property, LLC, | § § § § | |
| Plaintiff, | § | |
| versus | § § | Civil Action H-21-1147 |
| General Star Indemnity Company, | § § § | |
| Defendant. | § | |

## Conditional Dismissal

1. Having been advised that the parties have settled, the case is dismissed with prejudice. (5)

2. By June 11, 2021, the parties may move for reinstatement.

3. The court retains jurisdiction to enforce the settlement.

Signed on April 20, 2021, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge